UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARL JOSEPH BARESH,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:15-CV-01327-MJP-DWC<br><br>ORDER |

Plaintiff filed this Social Security action on August 19, 2015. Dkt. 1. Summonses were electronically issued on August 20, 2015. Dkt. 2. On November 16, 2015, Defendant filed the Administrative Record-Answer. Dkt. 6. Plaintiff, however, has failed to provide the Court with proof of service. Pursuant to Federal Rule of Civil Procedure 4(*l*)(1), "proof of service must be made to the court. . . . [P]roof must be by the server's affidavit." The Court orders Plaintiff to comply with Rule 4(*l*)(1) and provide proof of service of the Complaint to the Court. Plaintiff must do so on or before November 30, 2015.

Dated this 16th day of November, 2015.

David W. Christel
United States Magistrate Judge

ORDER - 1